1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11   STEVEN MARTIN,                        No. CIV S-08-3026 CMK P

12              Plaintiff,

13        vs.                              ORDER

14   SACRAMENTO SHERIFF
     DEPARTMENT,
15
                Defendant.
16   _____/

17          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.  A recent court order was served on plaintiff's address of record and

19   returned by the postal service.  It appears that plaintiff has failed to comply with Local Rule 83-

20   182(f), which requires that a party appearing in propria persona inform the court of any address

21   change.

22          Plaintiff shall show cause in writing, within 30 days of the date of this order, why

23   this action should not be dismissed for failure to keep the court apprised of his current address.

24   See Local Rules 83-182(f) and 11-110.  Plaintiff is warned that failure to respond to this order

25   / / /

26   / / /

may result in dismissal of the action for the reasons outlined above, as well as for failure to prosecute and comply with court rules and orders.  See id.

IT IS SO ORDERED.


DATED:  March 2, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE