IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MARTIN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SACRAMENTO SHERIFF DEPARTMENT,<br><br>　　　　Defendant.<br>_____/ | No. CIV S-08-3026 CMK P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)) and no other party has been served or appeared in the action. Pending before the court is plaintiff's complaint (Doc. 1) and a March 2, 2009, order to show cause (Doc. 11). Plaintiff has failed to timely respond to the order to show cause.

　　In the order to show cause, the court stated:

> A recent court order was served on plaintiff's address of record and returned by the postal service. It appears that plaintiff has failed to comply with Local Rule 83-182(f), which requires that a party appearing in propria persona inform the court of any address change.

| | |
|---|---|
| 1 | The court directed plaintiff to show cause why this action should not be dismissed |
| 2 | for failure to keep the court apprised of his current address. See Local Rules 83-182(f) and 11- |
| 3 | 110. Plaintiff was warned that failure to respond to the court's order may result in dismissal of |
| 4 | the action. See id. Plaintiff has failed to respond. The court, therefore, finds it appropriate to |
| 5 | dismiss this case for plaintiff's failure to keep the court apprised of his current address, as well as |
| 6 | for failure to prosecute and comply with court rules and orders. The Clerk of the Court is |
| 7 | directed to enter judgment of dismissal and close this file. |
| 8 | IT IS SO ORDERED. |

DATED: April 13, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE